

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00635-CV

**STATE OF TEXAS ON BEHALF OF THE CRIMINAL DISTRICT ATTORNEY FOR BEXAR COUNTY**, Jonathan Watkins, and Thomas Velez, all in their official capacities,
Appellants

v.

Stephen F. **BROWN**, Jr,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-05810
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellants' motion for extension of time to file a brief is granted in part. We order appellant's brief due December 24, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_____
Keith E. Hottle
Clerk of Court